Michael R. Lozeau (State Bar No. 142893)
Douglas Jonathan Chermak (State Bar No. 233382)
E-mail: michael@lozeaudrury.com
E-mail: doug@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>AIRGAS USA, LLC,<br><br>Defendant. | Case No. 5:21-cv-00271-JGB-SP<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND RETENTION OF JURISDICTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT**<br><br>**FRCP 41(a)(2)**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

Plaintiff Center for Community Action and Environmental Justice ("CCAEJ") and Defendant, Airgas USA, LLC ("Airgas"), by and through their attorneys of record, hereby enter into this Stipulation to Dismiss CCAEJ's Complaint and all claims against Airgas.

WHEREAS, CCAEJ and Airgas (the "Parties") have entered into a settlement agreement that achieves a full and final settlement agreement of all of CCAEJ's allegations against Airgas as set forth in the CCAEJ's November 19, 2020 Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act Section 505, 33 U.S.C. § 1365, and CCAEJ's Complaint filed in this matter on February 17, 2021. (Dkt. No. 1.)

WHEREAS, on May 2, 2023, the Parties filed a Notice of Settlement (Dkt. No. 28), notifying the Court that the Parties had reached a full settlement to resolve all outstanding issues in this action ("Settlement Agreement"). A fully executed copy of the Settlement Agreement is attached hereto as Exhibit 1 and is incorporated by reference herein. CCAEJ subsequently served copies of the Settlement Agreement on the U.S. Environmental Protection Agency and the U.S. Department of Justice (the "Federal Agencies") via certified mail, return receipt requested, for a 45-day review period consistent with 40 C.F.R. Section 135.5.

WHEREAS, on June 6, 2023, the Federal Agencies notified the Parties they have no objection to the Settlement Agreement. A true and correct copy of the Federal Agencies' communication is attached hereto as Exhibit 2.

WHEREAS, Paragraph 3 of the Parties' Settlement Agreement specifies that provided no objection by the Federal Agencies, the Parties will stipulate and request an order from this Court (1) dismissing with prejudice CCAEJ's claims as to Airgas, as set forth in the Notice and Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(2), and (2) retaining jurisdiction over the Parties for purposes of resolving disputes between the Parties with respect to enforcement of any provision of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that (1) CCAEJ's Complaint and all claims against Airgas shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2); (2) the Parties respectfully request an order from this Court dismissing such claims, with each side to bear their own attorney fees and costs, except as provided for by the terms of the attached Settlement Agreement; and (3) the Parties further request

that this Court retain jurisdiction over the Parties with respect to disputes arising under the terms of the attached Settlement Agreement pursuant to Paragraph 3 and Paragraphs 17-19 of the Settlement Agreement.

Respectfully submitted,

Dated: June 13, 2023											LOZEAU DRURY LLP

<u>/s/ *Douglas J. Chermak*</u>
Douglas J. Chermak
*Attorneys for Plaintiff* CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE

Dated: June 13, 2023											SIDLEY AUSTIN LLP

<u>/s/ *Maureen F. Gorsen*</u>
(as authorized on 6/13/23)
Maureen F. Gorsen
*Attorneys for Defendant* AIRGAS USA, LLC