Michael R. Lozeau (State Bar No. 142893)
Douglas Jonathan Chermak (State Bar No. 233382)
E-mail: michael@lozeaudrury.com
E-mail: doug@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>AIRGAS USA, LLC,<br><br>Defendant. | Case No. 5:21-cv-00271-JGB-SP<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AND RETAINING JURISDICTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT**<br><br>**FRCP 41(a)(2)**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

Good cause appearing, and the Parties having stipulated and agreed, IT IS HEREBY ORDERED as follows:

The Complaint filed in this matter by Plaintiff Center for Community Action and Environmental Justice and all claims against Defendant Airgas USA, LLC set forth therein are hereby dismissed with prejudice in their entirety. Each party is to bear their own attorney fees and costs, except as provided for in the Settlement Agreement, a copy of which is attached to the Stipulation (Dkt 30) as Exhibit 1.

The Court shall retain jurisdiction over the Parties with respect to resolving disputes arising under the Settlement Agreement through September 20, 2023, or through the conclusion of any proceeding to enforce the Settlement Agreement, consistent with Paragraphs 17-19 of the Settlement Agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 27, 2023

_____
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

2